STATE of Missouri, Respondent,

v.

Lucille CALVIN, Appellant.

No. 49942.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 21, 1986.

Motion for Rehearing and/or Transfer Denied Feb. 25, 1986.

Application to Transfer Denied April 15, 1986.

Henry B. Robertson, James S. McKay, St. Louis, for appellant.

John M. Morris, Asst. Atty. Gen., Jennifer H. Fisher, Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, second degree, in violation of § 569.030, RSMo 1978.

Judgment affirmed. Rule 30.25(b).